IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 08-66-01 |
| WILLIAM KING, M.D., | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 2nd day of April, 2012, upon consideration of the Motion for Garnishment Order filed by the United States of America ("Government") against Defendant, William King, M.D.("Defendant") (Doc. No. 95), the Government's Memorandum, the Defendant's Response in Opposition thereto, and the Government's Reply to Response, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE